ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 2:00 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00114-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 2:00:56 PM
CHRISTOPHER A. PRINE
Clerk

CECILE ERWIN YOUNG, IN HER OFFICIAL CAPACITY AS THE
EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN
SERVICES COMMISSION; MOLINA HEALTHCARE OF TEXAS, INC.;
AND AETNA BETTER HEALTH OF TEXAS, INC.,

*Appellants*,

*v.*

COOK CHILDREN'S HEALTH PLAN, TEXAS CHILDREN'S HEALTH
PLAN, SUPERIOR HEALTH PLAN, INC., AND
WELLPOINT INSURANCE COMPANY,

*Appellees.*

On Appeal from the
353rd Judicial District Court, Travis County

## NOTICE OF APPEARANCE OF COUNSEL

Per Texas Rule of Appellate Procedure 6.2, Appellant Cecile Erwin Young, in her Official Capacity as the Executive Commissioner of the Texas Health and Human Services Commission, gives notice that Assistant Attorney General Mohmed Patel and Assistant Solicitor General Jeffrey Stephens will appear as counsel in this matter. Mr. Scanlon will remain as lead counsel. Mr. Patel's and Mr. Stephens' contact information and bar numbers appear below.

Mohmed I. Patel
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 463-0596
Fax: (512) 474-2697
State Bar No. 24146823
Mohmed.Patel@oag.texas.gov

Jeffrey A. Stephens
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (214) 290-8890
Fax: (512) 474-2697
State Bar No. 24117441
Jeff.Stephens@oag.texas.gov

Respectfully submitted.

Ken Paxton
Attorney General of Texas

William R. Peterson
Solicitor General

Brent Webster
First Assistant Attorney General

William F. Cole
Principal Deputy Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Cory A. Scanlon
Assistant Solicitor General

Jeffrey A. Stephens
Assistant Solicitor General

/s/ Mohmed I. Patel
Mohmed I. Patel
Assistant Attorney General
State Bar No. 24146823
Mohmed.Patel@oag.texas.gov

Counsel for Appellant Cecile Erwin Young

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victor Hernandez on behalf of Mohmed Patel
Bar No. 24146823
victor.hernandez@oag.texas.gov
Envelope ID: 106319747
Filing Code Description: Other Document
Filing Description: 20251001 Appearance Patel and Stephens MedicaidPR v2
Status as of 10/1/2025 2:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 10/1/2025 2:00:56 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 10/1/2025 2:00:56 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 10/1/2025 2:00:56 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 10/1/2025 2:00:56 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 10/1/2025 2:00:56 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |
| David Johns | | david@cobbjohns.com | 10/1/2025 2:00:56 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 10/1/2025 2:00:56 PM | SENT |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 10/1/2025 2:00:56 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 10/1/2025 2:00:56 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 10/1/2025 2:00:56 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 10/1/2025 2:00:56 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victor Hernandez on behalf of Mohmed Patel
Bar No. 24146823
victor.hernandez@oag.texas.gov
Envelope ID: 106319747
Filing Code Description: Other Document
Filing Description: 20251001 Appearance Patel and Stephens MedicaidPR v2
Status as of 10/1/2025 2:04 PM CST

Associated Case Party: Cook Children's Health Plan

| Juliana Bennington | | jbennington@perkinscoie.com | 10/1/2025 2:00:56 PM | SENT |
|---|---|---|---|---|
| Jonathan Hawley | | jhawley@perkinscoie.com | 10/1/2025 2:00:56 PM | ERROR |
| Trisha Marino | | tmarino@perkinscoie.com | 10/1/2025 2:00:56 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 10/1/2025 2:00:56 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 10/1/2025 2:00:56 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 10/1/2025 2:00:56 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 10/1/2025 2:00:56 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 10/1/2025 2:00:56 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 10/1/2025 2:00:56 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victor Hernandez on behalf of Mohmed Patel
Bar No. 24146823
victor.hernandez@oag.texas.gov
Envelope ID: 106319747
Filing Code Description: Other Document
Filing Description: 20251001 Appearance Patel and Stephens MedicaidPR v2
Status as of 10/1/2025 2:04 PM CST

Associated Case Party: Wellpoint Insurance Company

| | | | | |
|---|---|---|---|---|
| Stacey Obenhaus | | sobenhaus@foley.com | 10/1/2025 2:00:56 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 10/1/2025 2:00:56 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 10/1/2025 2:00:56 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 10/1/2025 2:00:56 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 10/1/2025 2:00:56 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victor Hernandez on behalf of Mohmed Patel
Bar No. 24146823
victor.hernandez@oag.texas.gov
Envelope ID: 106319747
Filing Code Description: Other Document
Filing Description: 20251001 Appearance Patel and Stephens MedicaidPR v2
Status as of 10/1/2025 2:04 PM CST

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 10/1/2025 2:00:56 PM | SENT |

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |
| Jeffrey Stephens | | jeff.stephens@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |
| Mohmed Patel | | mohmed.patel@oag.texas.gov | 10/1/2025 2:00:56 PM | SENT |